## CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

**Andrew Alper**
1000 Wilshire Blvd., Nineteenth Floor
Los Angeles, CA 90017-2427

☐ Service information continued on attached page

Date:  3/30/2017          Signature: _____

                          Deputy Clerk [printed name]:   Lydia Gonzalez