Andrew K. Alper, (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor and Third Party Claimant
Dayco Funding Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RONNIE DAVID YONA and CAROLINE YONA,<br><br>    Debtor. | Case No. 2:16-bk-17549-ER<br>Adv. No. 2:17-ap-01221-ER<br><br>Chapter 7 |
| BANK OF AMERICA, N.A., etc.,<br><br>    Plaintiff,<br><br>v.<br><br>BRUCE TORKAN, etc., et al.,<br><br>    Defendants. | **PROOF OF SERVICE OF NOTICE OF STATUS CONFERENCE RE: NOTICE OF REMOVAL FILED ON MARCH 29, 2017**<br><br>**No Hearing Required** |
| And Related Cross-Actions | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERV



FILED
MAR 30 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>RONNIE DAVID YONA AND CAROLINE YONA,<br><br>    Debtor(s), | Case No. 2:16-bk-17549-ER<br>Adv. No. 2:17-ap-01221-ER<br><br>Chapter 7<br><br>NOTICE OF STATUS CONFERENCE RE: NOTICE OF REMOVAL FILED ON MARCH 29, 2017 |
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>BRUCE TORKAN;<br>BRUCE TORKAN, AS TRUSTEE OF THE CNA ROYAL TRUST;<br>BRUCE TORKAN, M.D., a MEDICAL CORPORATION;<br>RONNIE YONA;<br>CAROLINE YONA;<br>RONNIE YONA, AS TRUSTEE OF THE YONA FAMILY TRUST;<br>CAROLINE YONA, INC.,<br>FIRST MERCHANGT SERVICES, INC.;<br>DOES 1 THROUGH 50, INCLUSIVE,<br>    Defendants. | DATE:    JUNE 13, 2017<br>TIME:    10:00 A.M.<br>PLACE:   Courtroom 1568<br>         255 EAST TEMPLE ST.<br>         LOS ANGELES, CA  90012 |

TO ANDREW K. ALPER, ATTORNEY FOR CREDITOR AND THIRD PARTY CLAIMANT DAYCO FUNDING COPORATION:

It appearing to the court that the above-referenced matter (the "Removed Action") has been removed to the United States Bankruptcy Court

by the filing of a Notice of Removal on MARCH 29, 2017. Pursuant to Local Bankruptcy Rule 9027(c) notice is hereby given that a Status Conference will be held on JUNE 13, 2017 at 10:00 A.M., before the Honorable Ernest M. Robles, Bankruptcy Judge, in Courtroom 1568, 15th Floor, Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, California 90012 to consider the aforementioned Notice of Removal and to determine the status of this case, at which time you are **ORDERED** to appear. Failure of counsel to appear may result in adverse action being taken by the court.

This status conference shall be conducted by telephone conference. The attached notice Re Telephonic Status Conference in Adversary Proceedings served with this notice explains the procedures for the telephonic hearing.

DATED: March 30, 2017

*THE ABOVE NAMED PARTY IS DIRECTED TO SERVE A COPY OF THIS NOTICE UPON ALL PARTIES IN INTEREST*

U.S. BANKRUPTCY COURT

BY: Lydia Gonzalez
    Deputy Clerk

# INSTRUCTIONS FOR TELEPHONIC APPEARANCES
## For Judge Ernest Robles
## United States Bankruptcy Court, Los Angeles Division

Telephone appearances will be arranged through *Court Call, LLC*J. Court Call is an independent conference call company that arranges conference calls nationally for Courts.

**It is counsel=s responsibility to schedule their telephonic appearance at least 5 Court days prior to the hearing date by contacting CourtCall @ 866-582-6878 or via internet by registering at www.courtcall.com.**

Participants automatically scheduled by the Court for the monthly *adversary status conference or pre-trial conference calendar* will receive a call from a CourtCall Representative to confirm their telephonic appearance prior to the date of their hearing.

Written Confirmation will be provided for each separate CourtCall Appearance. If you have not received a written Confirmation, prior to the hearing date, please contact CourtCall immediately or you may be precluded from the telephonic calendar.

It is the participant=s responsibility to dial into to their conference by using the 800 number provided by CourtCall. **The CourtCall Operator will not dial out to connect a participant**.

Payment: CourtCall accepts 2 forms of payment:
I. Credit or Debit Card
II. CourtCall Debit Account
***Please contact CourtCall for more detailed information, not the Court.

Do not argue with Court Call or request special treatment. Court Call=s function is no more than to offer you the opportunity to appear by telephone. Your election to appear by telephone constitutes your agreement for telephonic appearances.

At the time of the hearing, you will initially be placed in AListen-only@ mode and able to hear all proceedings just as if you were in the courtroom. Your line will be placed ALive@ once the Judge calls your case. Each time a participant speaks to the Court, he or she must identify themself for the record. When the Judge informs the participants that the hearing is completed, the participants may disconnect and the next case will be called. Please remain on line if you are appearing on multiple cases on the same calendar.

Telephonic appearances are connected directly with the courtroom=s public address system and electronic recording equipment so that a normal record is produced. To ensure a quality record, the use of car phones, public telephone booths, or phones in other public places is **prohibited** except in the most extreme emergencies. Participants should be able to hear all parties without difficulty or echo. The system also allows more than one speaker to be heard so that the Judge can interrupt a speaker to ask a question or redirect the discussion.

Telephonic appearances by multiple participants are only possible when there is compliance with every procedural requirement. Sanctions may be imposed when there is any deviation from the required procedures or the Court determines that a person=s conduct makes telephonic appearances inappropriate. Sanctions may include dropping a matter from calendar, continuing the hearing, proceeding in the absence of an unavailable participant, a monetary sanction, or a permanent prohibition against a person appearing telephonically.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, California 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF STATUS CONFERENCE RE: NOTICE OF REMOVAL FILED ON MARCH 29, 2017** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 31, 2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 31, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 29, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 31, 2017 | Evelyn Kidder | /s/ Evelyn Kidder |
|---|---|---|
| Date | Printed Name | Signature |

2210238.1 | 033162-0076 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERV

ADDITIONAL SERVICE INFORMATION (if needed):

**SERVED BY ELECTRONIC FILING (NEF)**

| | |
|---|---|
| Andrew K. Alper | aalper@frandzel.com, efiling@frandzel.com; ekidder@frandzel.com |
| Wesley H. Avery (TR) | wamiracleb@yahoo.com, C117@ecfcbis.com; afitzpatricktrustee@gmail.com; lmavyantrustee@gmail.com; ashawtrustee@gmail.com |
| Keith S. Dobbins | kdobbinslaw@aol.com |
| Marian Garza | ecfnotices@ascensioncapitalgroup.com |
| Saul Reiss | reisslaw@verizon.net |
| Jeffrey L. Sumpter | jsumpter@epiqtrustee.com, jsumpter@cbiz.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| David R. Weinstein | dweinstein@weinsteinlawfirm.net |

### SERVICE LIST

Debtors
Ronnie David Yona
Caroline Yona
11268 Montana Avenue
Los Angeles, CA 90049

Counsel for Debtors
Keith S. Dobbins
Law Office of Keith S. Dobbins
21800 Burbank Blvd., Suite 140
Woodland Hills, CA 91367

Chapter 7 Trustee
Wesley H. Avery (TR)
758 E. Colorado Blvd., Suite 210
Pasadena, CA 91101

U.S. Trustee
United States Trustee (LA)
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Counsel for Chapter 7 Trustee
David R. Weinstein
Weinstein Law Firm
16501 Ventura Boulevard, Suite 400
Encino, CA 91436

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2210238.1 | 033162-0076 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERV

**SERVED VIA OVERNIGHT DELIVERY**

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

2210238.1 | 033162-0076 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERV